# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN KIRBY HANNA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:18-cv-08773-JFW-MAA<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the Commissioner's Decision is reversed and that this matter is remanded for further administrative proceedings.

DATED: January 14, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE